# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 SEP 16 AM 9: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

*Sea Barge Agency, Inc.*
Plaintiff(s)

vs.                                   Civil No. 97-2383 (SEC)

*Vispa Group, Inc.*
Defendant(s)

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 10/6/98 DOCKET: 8     TITLE: *Motion for Execution of Judgment*

[X] Plaintiff(s)     [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[X] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

| ADDITIONAL COMMENTS: |
|---|

_15 IX 99_
DATE

_Salvador E. Casellas_
SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE



(1)